IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GWENDOLYN ALMODOVAR,
Individually and as Representative of
The Estate of RALPH ALMODOVAR, and as
Representative of BREANNA ALMODOVAR
and NICHOLAS ALMODOVAR,

       Plaintiffs,

vs.                                                                            No. CIV 08-861 JB/WPL

DENCO, INC., THE BOEING COMPANY and
COLSA CORPORATION,

       Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF COLSA CORPORATION

THIS MATTER having come before the Court on Plaintiff Gwendolyn Almodovar, Individually and as Representative of the Estate of Ralph Almodovar, and as Representative of Breanna Almodovar and Nicholas Almodovar and **COLSA CORPORATION'S** Joint Motion for Dismissal of Claims Against Defendant COLSA CORPORATION with Prejudice, the Court having considered the Joint Motion and Stipulation and being otherwise fully advised in the premises **FINDS:**

That the First Amended Complaint filed against Defendant **COLSA CORPORATION,** together with all other claims which could have been asserted therein against Defendant **COLSA CORPORATION**, should be dismissed with prejudice, each party to bear its own costs and attorneys fees.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the First Amended Complaint filed against Defendant **COLSA CORPORATION,** together with all other claims which could have been asserted therein against Defendant **COLSA CORPORATION,**

be and hereby are dismissed with prejudice, each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted:

RILEY & SHANE, PA

By:  /s/_____
    Mark J. Riley
    Kristin J. Dalton
3800 Osuna Rd. NE
Albuquerque, NM  87109
*Attorneys for Defendant Colsa Corporation*
(505) 883-5030
mriley@rsabqlaw.com

BLANCO ORDOÑEZ & WALLACE, P.C.

By:_____
    Steven J. Blanco
    Jessica Perez Gomez
Attorneys for Plaintiffs
5715 Cromo Drive
El Paso TX  79912
*Attorneys for Plaintiffs*
(915) 845-5800
sblanco@bowlawfirm.com

Approved by:

DOUGHTY & WEST, P.A.

By: telephonically approved 09.30.09    
    Robert M. Doughty III
    J. Andrew deGraauw
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
(505) 242-7070
*Attorneys for Defendant Denco, Inc.*