# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

GWENDOLYN ALMODOVAR,
Individually and as Representative of
The Estate of RALPH ALMODOVAR, and as
Representative of BREANNA ALMODOVAR
and NICHOLAS ALMODOVAR,

    Plaintiffs,

vs.        No. CIV 08-861 JB/WPL

DENCO, INC., THE BOEING COMPANY and
COLSA CORPORATION,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE WITH RESPECT TO PLAINTIFFS' COMPLAINT AGAINST DENCO, INC.

THIS MATTER having come before the Court on Plaintiff Gwendolyn Almodovar, Individually and as Representative of the Estate of Ralph Almodovar, and as Representative of Breanna Almodovar and Nicholas Almodovar and Denco, Inc.'s Joint Motion for Dismissal of Claims Against Defendant Denco, Inc. With Prejudice, the Court having considered the Joint Motion and Stipulation and being otherwise fully advised in the premises finds that the First Amended Complaint filed against Defendant Denco, Inc., together with all other claims which could have been asserted therein against Defendant Denco, Inc., should be dismissed with prejudice, each party to bear its own costs and attorneys fees.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the First Amended Complaint filed against Defendant Denco, Inc., together with all other claims which could have been asserted therein against Defendant Denco, Inc., be and are hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE

Submitted:

DOUGHTY & WEST, P.A.


By:   *original /s/ 09/29/09*
     Robert M. Doughty III
     J. Andrew deGraauw
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
(505) 242-7070
*Attorneys for Defendant Denco, Inc.*

Approved by:

BLANCO ORDOÑEZ & WALLACE, P.C.



By:   *approval via e-mail 09/29/09*
     Steven J. Blanco
     Jessica Perez Gomez
Attorneys for Plaintiffs
5715 Cromo Drive
El Paso TX  79912
*Attorneys for Plaintiffs*
(915) 845-5800
**sblanco@bowlawfirm.com**

RILEY & SHANE, PA


By:   *approval via e-mail 09/29/09*
    Mark J. Riley
3800 Osuna Rd. NE
Albuquerque, NM  87109
*Attorney for Defendant Colsa Corporation*
(505) 883-5030
**mriley@rsabqlaw.com**